IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

KEVIN ANTWAN SHEPARD, )
 )
　　　　　　　Petitioner, )
 )
　　　　v. ) 1:19CV22
 )
STATE OF NORTH CAROLINA, )
 )
　　　　　　　Respondent. )

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on January 15, 2019, was served on the parties in this action. (ECF Nos. 2, 3.) No objections were filed within the time prescribed by §636.

The Court hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action is DISMISSED *sua sponte* without prejudice to Petitioner filing a new Petition which corrects the defects of the current Petition.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This, the 6th day of February 2019.

　　　　　　　　　　　　　　　　/s/ Loretta C. Biggs
　　　　　　　　　　　　　　　　United States District Judge